[No. 32435-7-I.    Division One.    June 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. T.J.B., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-06179-3, Richard M. Ishikawa, J., entered March 9, 1993. *Dismissed* by unpublished per curiam opinion.

[No. 32504-3-I.    Division One.    June 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVONTA TANIYA TURNER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-07383-0, George T. Mattson, J., entered March 16, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 32356-3-I.    Division One.    June 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RUFUS DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-06488-6, Laura Inveen, J., entered February 22, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 33805-6-I.    Division One.    June 20, 1994.]

DANARD CUSTOM HOMES, INC., *Plaintiff*, v. GEORGE W. STEVENS, ET AL, *Defendants*.

GEORGE W. STEVENS, ET AL, *Appellants*, v. THE CITY OF EVERETT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-2-06576-2, Paul D. Hansen, J., entered January 28, 1992. *Affirmed* by unpublished per curiam opinion.